# SUPREME COURT.

## CHAUNCEY RATHBUN agt. CHARLES MARKHAM.

A motion to make more definite and certain, under section 160 of the Code, should point out wherein the alleged defect consists.

*Monroe Special Term, April,* 1872.

MOTION to make more definite and certain, parts of the complaint.

The notice of motion asked that certain allegations of the complaint specified in the notice, "being allegations so indefinite and uncertain that the precise nature of the charge is not apparent, may be required to be made definite and certain by amendment, or that said allegations may be stricken out as irrelevant and redundant."

J. H. STEVENS, Jr., *for motion.*
WILLIAM RUMSEY, *opposed.*

JAMES C. SMITH, *J.*—Motion under section 160 of the Code, to require parts of the complaint to be made definite and certain. Such a motion is a substitute for a special demurrer for want of form, and the moving papers should point out wherein the alleged defect consists. The motion papers in this case being defective in that respect, the motion is denied, but without costs (as the question is new), and with leave to renew it at the next special term, and time to answer is extended till that term. Ordered accordingly.